IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>vs.<br><br>BRENT JOSEPH MARCHANT<br><br>Defendant(s), | PRETRIAL ORDER PURSUANT<br><br>TO RULE 17.1 F.R.Cr.P.<br><br><br><br>Case No. 01 CR 108 ST |

The above-entitled action came on for pretrial conference **March 5, 2001**, before Samuel Alba, United States Magistrate Judge. Defense counsel and the Assistant United States Attorney were present. Based thereon the following is entered:

1. A jury trial in this matter is set for **5/2/01**, (2 days) at **8:30 AM**. It appears the trial date is appropriate if the matter is to be tried. Proposed instructions are to be delivered to <u>Judge TED STEWART</u> by **4/30/01** along with any proposed voir dire questions.

2. The government has an open file policy re: discovery.

   Yes  X     No _____

3. Pretrial motions are to be filed by: **3/26/01** at 5:00 p.m.

4. It is unknown if this case will be resolved by a negotiated plea of some kind. If so, plea negotiations should be completed by

**4/25/01**. If negotiations are not completed for a plea by the date set, the case will be tried.

5. Issues as to witnesses do not exist in this matter, but defense counsel will make arrangements for subpoenas, if necessary, as early as possible to allow timely service.

6. Defendant's release or detention status: <u>RELEASED</u>.

7. All exhibits will be premarked before Judge TED STEWART's clerk before trial.

8. Other order and directions are: **GOVERNMENT TO PROVIDE DISCOVERY BY 3/9/01.**

DATED this 5th day of March, 2001.

**BY THE COURT:**

_____
Samuel Alba
United States Magistrate Judge

United States District Court
for the
District of Utah
March 8, 2001

                tsi

* * CERTIFICATE OF SERVICE OF CLERK * *

Re:  2:01-cr-00108

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

    Jason Paul Perry, Esq.
    US ATTORNEY'S OFFICE
    ,
    JFAX 9,5246924

    Mr Richard P Mauro, Esq.
    43 E 400 S
    SALT LAKE CITY, UT  84111
    JFAX 9,3643232

    USMS
    DISTRICT OF UTAH
    ,
    JFAX 9,5244048

    US Probation
    DISTRICT OF UTAH
    ,
    JFAX 9,5261136