FILED
CLERK, U.S. DISTRICT COURT
25 JUL 01 PM 2: 46
DISTRICT OF UTAH
BY:
DEPUTY CLERK

RECEIVED CLERK
JUL 19 2001
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | ORDER CONTINUING SENTENCING |
| Plaintiff, | : | |
| v. | : | |
| BRENT JOSEPH MARCHANT, | : | Case No. 01CR108 |
| Defendant. | : | Judge TED STEWART |

Based upon the motion of the defendant and good cause appearing, it is hereby ordered that the sentencing hearing in the above matter be continued until the _____ day of _____, _____.

Dated this 20th day of July, 2001.

_____
THE HONORABLE TED STEWART
UNITED STATES DISTRICT COURT JUDGE

23

United States District Court
for the
District of Utah
July 25, 2001

## * * CERTIFICATE OF SERVICE OF CLERK * *

Re:  2:01-cr-00108

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

>   Jason Paul Perry, Esq.
>   UTAH ATTORNEY GENERAL'S OFFICE
>   236 STATE CAPITOL
>   SALT LAKE CITY, UT  84114
>   JFAX 9,5381699

>   Mr Richard P Mauro, Esq.
>   43 E 400 S
>   SALT LAKE CITY, UT  84111
>   JFAX 9,3643232

>   USMS
>   DISTRICT OF UTAH
>   ,
>   JFAX 9,5244048

>   US Probation
>   DISTRICT OF UTAH
>   ,
>   JFAX 9,5261136